IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01323-MSK-MJW

TH O.N. EQUITY SALES COMPANY,

        Plaintiff,

v.

MARK R. RAHNER, individually and as Trustee of the MARK R. AND LESLIE R. RAHNER TRUST,
LESLIE L. RAHNER, individually and as Trustee of the MARK R. AND LESLIE L. RAHNER TRUST, and
THE MARK R. RAHNER OD PC PROFIT SHARING PLAN,

        Defendants.

## ORDER SETTING RULE 16 HEARING

THIS MATTER comes before the Court upon a Complaint for Declaratory and Injunctive Relief filed by the Plaintiff. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary. **This is not a scheduling conference; do not submit a proposed scheduling order.**

**IT IS ORDERED**:

(1) A hearing is set for **October 2, 2007 at 4:00 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars.

(2) Prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:
- Whether discovery is needed prior to determination of the motion for a preliminary injunction and the motion to compel arbitration. (This hearing does not substitute for a scheduling conference before the Magistrate Judge.)
- Whether determination of the motion for a preliminary injunction should be consolidated with a trial on the merits of the Plaintiff's claims.
- Whether there are any facts in dispute, or whether the parties' motions can be determined based upon stipulated facts.

- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

Dated this 10th day of September, 2007

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge