IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01323-MSK-MJW

TH O.N. EQUITY SALES COMPANY,

      Plaintiff,

v.

MARK R. RAHNER, individually and as Trustee of the MARK R. AND LESLIE R. RAHNER TRUST,
LESLIE L. RAHNER, individually and as Trustee of the MARK R. AND LESLIE L. RAHNER TRUST, and
THE MARK R. RAHNER OD PC PROFIT SHARING PLAN,

      Defendants.

## ORDER DENYING MOTIONS, AS MOOT

THIS MATTER came before the Court for a Rule 16 hearing on October 2, 2007. At the hearing, the Court denied the Plaintiff's motion for a preliminary injunction and the Defendants' motion to compel arbitration, as premature and with leave to renew.

**IT IS THEREFORE ORDERED** that the Plaintiff's Motion to Consolidate Preliminary Injunction Hearing with Trial on the Merits **(#8)** and the Plaintiff's Motion Under Civil Rule 56(f) to Preclude Summary Disposition of Defendants' Motion to Compel Arbitration Pending Discovery to be Taken on the Issue of Arbitrability **(#28)** are **DENIED**, as moot.

Dated this 3rd day of October, 2007

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge