IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01323-MSK-MJW

TH O.N. EQUITY SALES COMPANY,

Plaintiff(s),

v.

MARK R. RAHNER, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Defendants' Motion for Protective Order (docket no. 16) is GRANTED.  The parties shall not conduct any discovery until after the court conducts and enters a written Scheduling Order at the Rule 16 Scheduling Conference on October 17, 2007, at 9:00 a.m.

Date:  October 3, 2007