IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01323-MSK-MJW

THE O.N. EQUITY SALES COMPANY,

    Plaintiff,

v.

MARK R. RAHNER, and
LESLIE L. RAHNER, Individually and as Trustees
of the MARK R. AND LESLIE L. RAHNER TRUST,
and the MARK R. RAHNER OD PC PROFIT SHARING PLAN,

    Defendants.

---

## ORDER REGARDING
## PLAINTIFF'S MOTION FOR AN ORDER AUTHORIZING THE PARTIES TO ENGAGE IN IMMEDIATE DISCOVERY ON THE ISSUE OF ARBITRABILITY (DOCKET NO. 10)

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

    This matter is before the court on the Plaintiff's Motion for an Order Authorizing the Parties to Engage in Immediate Discovery on the Issue of Arbitrability (docket no. 10). The court has reviewed the subject motion and brief, response (docket no. 15), reply (docket no. 26), and the Modified Order of Reference (docket no. 34) issued by Judge Krieger dated October 2, 2007. In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

I find that Plaintiff The O.N. Equity Sales Company ("ONESCO") has filed 20 federal lawsuits around the country in Arizona, California, Colorado, Florida, Iowa, Michigan, Minnesota, New Jersey, Pennsylvania, Texas, Vermont, Virginia, Washington, and West Virginia to enjoin investors' arbitrations relating to Lancorp investments. As a result, other federal district courts have already addressed the issue that is before this court in the subject motion.

In this case, ONESCO seeks to enjoin an arbitration brought against ONESCO by investors in Lancorp Financial Fund Business Trust ("Lancorp"). I find that ONESCO has failed to demonstrate that immediate discovery is required in order for Judge Krieger to determine the issue of arbitrability. See O.N. Equity Sales Co. v. Pals, — F. Supp. 2d —, 2007 WL 2506033, at *1 (N.D. Iowa Sept. 6, 2007) (See exhibit 6 attached to Defendants' Memorandum Brief to Compel Arbitration); The O.N. Equity Sales Co. v. Steinke, — F. Supp.2d —, 2007 WL 2421761 (C.D. Cal. Aug. 27, 2007). Moreover, I find that Judge Krieger will be able to decide whether the Defendants are entitled to arbitrate under the National Association of Securities Dealers, Inc. ("NASD"), Rule 10301 without any discovery. Lastly, I find that the parties are able to prosecute and/or defend the pending Motion for Preliminary Injunction (docket no. 6) without discovery.

## ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, the court **ORDERS**:

1. That Plaintiff's Motion for an Order Authorizing the Parties to Engage in Immediate Discovery on the Issue of Arbitrability (docket no. 10) is **DENIED**;

2. That the Rule 16 Scheduling Conference set on October 17, 2007, at 9:00 a.m. (and which the parties today requested be reset to October 25, 2007, at 3:00 p.m.) is **VACATED**;

3. That discovery is **STAYED** until further Order of Court.

Done this 3rd day of October 2007.

BY THE COURT

s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE